JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-08588-RGK-PJW; 2:18-cv-08565-RGK-PJW; 2:18-cv-08566-RGK-PJW; 2:18-cv-08568-RGK-PJW; 2:18-cv-08570-RGK-PJW; 2:18-cv-08577-RGK-PJW; 2:18-cv-08578-RGK-PJW; 2:18-cv-08579-RGK-PJW; 2:18-cv-08592-RGK-PJW; 2:18-cv-08551-RGK-PJW; 2:18-cv-08555-RGK-PJW; 2:18-cv-08556-RGK-PJW; 2:18-cv-08723-RGK-PJW; 2:18-cv-08423-RGK-PJW; 2:18-cv-08730-RGK-PJW; 2:18-cv-08569-RGK-PJW; 2:18-cv-08747-RGK-PJW; 2:18-cv-08748-RGK-PJW; 2:18-cv-08749-RGK-PJW; 2:18-cv-08750-RGK-PJW; 2:18-cv-08753-RGK-PJW; 2:18-cv-08754-RGK-PJW; 2:18-cv-08759-RGK-PJW; 2:18-cv-08760-RGK-PJW; 2:18-cv-08763-RGK-PJW; 2:18-cv-08764-RGK-PJW; 2:19-cv-07048-RGK-PJW; 2:19-cv-07039-RGK-PJW; 2:19-cv-07032-RGK-PJW; 2:19-cv-07044-RGK-PJW; 2:19-cv-09949-RGK-PJW | Date | December 18, 2019 |
| Title | *Related cases to In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* | | |

| | | | |
|---|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
| Sharon L. Williams | Not Reported | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**      (IN CHAMBERS) Order Consolidating Related Cases

    These related civil forfeiture actions arise from charges in the ongoing criminal proceeding *United States v. Lacey*, No. 18-CR-422-PHX-SPL (D. Ariz.).

    On November 26, 2019, this Court issued an Order to the parties to show cause why these actions should not be consolidated into a single case pursuant to Federal Rule of Civil Procedure 42(a) based on their common questions of law and fact [DE 125][1].

---

[1] For the sake of simplicity, the docket entries in this order refer to Case No. 2:18-cv-06742-RGK-PJW, which the Court does not order consolidated at this time.

| Title | *Related cases to In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* |
|---|---|

Upon review and consideration of the Parties' Responses [DE 126 and 129], the Court orders the above-captioned civil forfeiture actions **Consolidated** into case number 2:18-cv-08420-RGK-PJW.

This case is now closed. Counsel are directed to file all further documents under Case No. 2:18-cv-08420-RGK-PJW only.

The Court further orders Plaintiff United States to file a Consolidated Master Complaint encompassing the above forfeiture actions by **January 6, 2020.**

Claimants will file their Answer to the Consolidated Master Complaint by **January 21, 2020.**

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    _____